NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**AEROTEL, LTD.,**
*Plaintiff-Appellant,*

v.

**TELCO GROUP, INC., STI PHONECARD, INC.,
STI PREPAID DISTRIBUTORS, INC., AND SAMER
TAWFIK,**
*Defendants-Appellees,*

and

**RADIANT TELECOM, INC.,
INTELLIGENT SWITCHING & SOFTWARE, LLC,
AND NTERA HOLDINGS, INC.,**
*Defendants-Appellees,*

and

**9278 COMMUNICATIONS, INC., 9278
DISTRIBUTORS, INC., SAJID KAPADIA, AND NTSE
COMMUNICATIONS, INC.,**
*Defendants.*

---

2010-1515

---

Appeal from the United States District Court for the Southern District of New York in case no. 04-CV-10292, Judge Richard J. Holwell.

---

## ON MOTION

---

## ORDER

The appellees move for a 7-day extension of time, until December 22, 2010, to file their briefs, and until January 12, 2011, for the appellant to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 1 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dennis M. Flaherty, Esq.
Robert T. Maldonado, Esq.
John C. Carey, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK